CHRIST, Respondent, v. CHETWOOD, Appellant.

(City Court of New York, General Term. April 23, 1894.)

Appeal from special term.
Action by Bernard B. Christ against Bradbury C. Chetwood.
For former reports, see 20 N. Y. Supp. 841; 22 N. Y. Supp. 1133; 23 N. Y. Supp. 1160; and 26 N. Y. Supp. 80.
Argued before NEWBURGER, McCARTHY, and CONLAN, JJ.

'Edward Bartlett, for appellant.
Herman G. Loew, for respondent.

CONLAN, J. This is an appeal from an order granted at special term, December 21, 1893, allowing full costs on affirmance by the general term of an order made at special term on the 19th day of May, 1893, denying a motion for a new trial on the ground of newly-discovered evidence. The motion was made on a case and exceptions, and also the affidavits, as appears from the order of the general term. We think this case is within the rule laid down in Whitney v. Saxe, 2 N. Y. Supp. 653, and the order appealed from should be affirmed, with costs. All concur.